Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  13–22044–MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Harold G Wood                                         Mary Wood
   401 Pemberton Street                       401 Pemberton Street
   Toms River, NJ 08757                       Toms River, NJ 08757

Social Security No.:
   xxx–xx–5788                                              xxx–xx–0433

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>October 4, 2018</u>                   <u>Michael B. Kaplan</u>
                                                  Judge, United States Bankruptcy Court